UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 08-60849-MC-COHN

UNITED STATES OF AMERICA,

    Petitioner,

v.

MARC SPORN,

    Respondent.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the Petitioner's Notice of Voluntary Dismissal [DE 8].  The Court has been advised Respondent Marc Sport has fully complied with the Internal Revenue Summons.  It is therefore

**ORDERED AND ADJUDGED** that the above-captioned case is **DISMISSED**. The hearing scheduled for September 5, 2008 is cancelled. The Clerk shall **CLOSE THIS CASE** and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 4th day of September, 2008.

_____
JAMES I. COHN
United States District Judge

Copies furnished to all counsel of record on CM/ECF